NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
KIMBERLY SOKOLICH
Email: Kimberly.Sokolich@usdoj.gov
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHE SUMMERFIELD,<br><br>Defendant. | Case No.  2:20-cr-00084-APG-NJK<br><br>**Stipulation to Reset Deadline for Government's Response to Defendant's Motion to Suppress [ECF Nos. 55 and 59]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney; Kimberly Sokolich, Assistant United States Attorney, representing the United States of America; and Robert O'Brien, Assistant Federal Public Defender, counsel for defendant Che Summerfield, that the government shall have until and including February 17, 2021, to file its response to Defendant's Motion to Suppress. Any reply to the government's response would be due on February 24, 2021. Trial is currently scheduled for May 17, 2021. This is the first request to extend time.

On January 28, 2021, defense filed its Motion to Suppress with a response deadline of February 11, 2021. ECF No. 55. On February 3, 2021, the defense filed an

Amended Motion with a response deadline of February 17, 2021. ECF No. 59. This amended motion corrected a minor fact but was otherwise identical to Defendant's original motion.   The parties enter into this stipulation to avoid confusion over which deadline controls and to allow the government sufficient time to research and prepare a response to the defense motion.

Dated this 9th day of February 2021.


NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Robert O'Brien*
ROBERT O'BRIEN, AFPD
Counsel for Defendant Che Summerfield

*/s/ Kimberly Sokolich*
KIMBERLY SOKOLICH
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:20-cr-00084-APG-NJK |
| Plaintiff, | ) |
| | ) **Order Pursuant to Stipulation of the** |
| vs. | ) **Parties** |
| | ) |
| CHE SUMMERFIELD, | ) |
| | ) |
| Defendant. | ) |

Based on the pending Stipulation of counsel, and good cause appearing thereof, it is therefore ORDERED that the government's response regarding Defendant's Motion to Suppress (ECF Nos. 55 and 59), is due on February 17, 2021. Any reply to the government's response shall be due on February 24, 2021.

DATED this __9th__ day of February, 2021.

_____
THE HONORABLE NANCY KOPPE
UNITED STATES MAGISTRATE JUDGE