# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHE SUMMERFIELD,<br><br>Defendant. | Case No.: 2:20-cr-00084-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 64) |

Pending before the Court is the parties' stipulation to extend the time for Defendant to reply to the United States' response to Defendant's motion to suppress evidence. Docket No. 64.

Local Rule IA 6-1 requires that all requests to extend time "must state the reasons for the extension requested…" The parties' stipulation fails to state any reason for the requested extension.

Accordingly, the Court **DENIES** the parties' stipulation without prejudice. Docket No. 64.

IT IS SO ORDERED.

DATED: February 23, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE