RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rober@_O'Brienfd.org

Attorney for Che Summerfield

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00084-APG-NJK |
| Plaintiff, | **AMENDED STIPULATION TO CONTINUE DEADLINE TO REPLY TO RESPONSE TO MOTION TO SUPPRESS** |
| v. | |
| CHE SUMMERFIELD, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Kimberly Anne Sokolich, Assistant United States Attorney, counsel for the United States of America, and Robert O'Brien, Assistant Federal Public Defender, counsel for Che Summerfield, that the Reply to Response to Motion to Suppress deadline currently scheduled on February 23, 2021 be continued to February 26, 2021.

The stipulation and request for an extension of the Reply deadline is entered into for the following reasons:

1. Defense counsel is in the process of leaving his position as an attorney with the Federal Public Defender's Office. This impending departure has necessitated additional, unplanned legal work to ensure that defendants are not unfairly impacted by the change in defense counsel's employment.

2. Defense counsel needs additional time to complete briefing of the reply due to the unexpected legal work required by the impending departure.

3. Failure to address the arguments raised in the government's response would likely constitute ineffective assistance of counsel and defense counsel requests additional time to complete the reply.

4. The parties agree with the need for this continuance.

DATED this 23rd day of February, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Robert O'Brien<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By /s/ Kimberly Anne Sokolich<br>KIMBERLY ANNE SOKOLICH<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHE SUMMERFIELD,<br><br>    Defendant. | Case No. 2:20-cr-00084-APG-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Motion to Suppress Reply deadline currently scheduled for Tuesday, February 23, 2021, be continued to February 26, 2021.

DATED: February 24, 2021.

_____
UNITED STATES MAGISTRATE JUDGE