CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
KIMBERLY SOKOLICH
Email: Kimberly.Sokolich@usdoj.gov
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00084-APG-NJK |
| Plaintiff, | **Stipulation to Continue Evidentiary Hearing** |
| vs. | (First Request) |
| CHE SUMMERFIELD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney; Kimberly Sokolich, Assistant United States Attorney; and Melanee Smith, Assistant United States Attorney, representing the United States of America; and Katherine Tanaka, Assistant Federal Public Defender, counsel for defendant Che Summerfield, that the evidentiary hearing date in the above captioned matter, currently scheduled for April 28, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. The instant case is set for an evidentiary hearing on April 28, 2019. Two of the government's witnesses are unavailable on this date.

2. The defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Should this Court grant this request to continue, the parties have consulted with the courtroom administrator and have identified May 5, 2021, or May 12, 2021, as available dates.

5. This is the first request to continue the evidentiary hearing.

DATED this 19th day of April, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Kimberly Sokolich
KIMBERLY SOKOLICH
Assistant United States Attorney

/s/ Melanee Smith
MELANEE SMITH
Assistant United States Attorney

/s/ Katherine Tanaka
KATHERINE TANAKA, AFPD
Counsel for Defendant Che Summerfield

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHE SUMMERFIELD,<br><br>　　　　Defendant. | Case No.  2:20-cr-00084-APG-NJK<br><br>**Order Pursuant to Stipulation of the Parties** |

　　　　IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Wednesday, April 28, 2021 at 10:00 a.m., be vacated and continued to May 5, 2021, at 10:00 a.m., in courtroom 6D.

　　　　DATED this 19th day of April, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE NANCY KOPPE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE