RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Che Summerfield

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHE SUMMERFIELD,<br><br>Defendant. | Case No. 2:20-cr-00084-APG-NJK<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Che Summerfield, that the Evidentiary Hearing currently scheduled for May 5, 2021 at 10:00 am, be vacated and set to a date and time convenient to this Court, but no sooner than June 2, 2021.

The Stipulation is entered into for the following reasons:

1. On Friday, April 30, 2021, Counsel for the defendant requested new information from the government. The defense believes this information is imperative to the evidentiary hearing. While the government does not agree that this information falls within its discovery

obligations under Rule 16, as a courtesy the government will attempt to obtain the requested information.

2. Counsel for the government believes that it will take approximately ten days to obtain the requested discovery.

3. The parties have been informed that, due to the ongoing COVID-19 pandemic, the hearing must be scheduled on a Wednesday, when the Court will have access to the detention facility's video teleconference system.

4. The defendant is in custody and does not object to the continuance.

5. The parties agree to the continuance.

6. Should the Court grant the continuance, the parties have consulted with the courtroom administrator and have identified June 23, 2021 as an available date for all parties

This is the second stipulation to continue filed herein.

DATED this 4th day of May 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Katherine Tanaka<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ Kimberly Sokolich<br>KIMBERLY SOKOLICH<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHE SUMMERFIELD,

    Defendant.

Case No. 2:20-cr-00084-APG-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for May 5, 2021, at the hour of 10:00 a.m., be vacated and continued to June 23, 2021, at 10:00 a.m. in Courtroom 6D.

    DATED this 4th day of May 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE