CHRISTOPHER CHIOU
Acting United States Attorney
Nevada State Bar Number 14853
KIMBERLY SOKOLICH
BRIAN WHANG
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Kimberly.Sokolich@usdoj.gov
Brian.Whang@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHE SUMMERFIELD,<br><br>Defendant. | Case No. 2:20-cr-00084-APG-NJK<br><br>**GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |

COMES NOW the United States of America, by and through Christopher Chiou, Acting United States Attorney, Kimberly Sokolich and Brian Whang, Assistant United States Attorneys; and respectfully seeks leave of court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss without prejudice the Criminal Indictment filed on May 19, 2020 (ECF No. 36).

//

//

The defendant is in custody on the captioned matter.

Respectfully submitted this 18th day of August, 2021.

                CHRISTOPHER CHIOU
                Acting United States Attorney

                */s/ Kimberly Sokolich*
                */s/ Brian Whang*
                KIMBERLY SOKOLICH
                BRIAN WHANG
                Assistant United States Attorneys

Leave of Court is granted for the filing of the above dismissal.

DATED this __18th__ day of __August__, 2021.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE